**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6100**

_____

In Re: DONALD WILLIAM ARTHUR,

                                                    Petitioner.

_____

On Petition for Writ of Mandamus.
(CR-99-62, CA-01-16-3)

_____

Submitted:  March 7, 2003          Decided:  March 31, 2003

_____

Before LUTTIG, MOTZ, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Donald William Arthur, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald William Arthur petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion.  He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court denied Arthur's motion on February 6, 2003.  Accordingly, because the district court has recently decided Arthur's case, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2